## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOEBEL INSURANCE AGENCY, INC., a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 2:16-04775<br>)<br>) **CLASS ACTION** |
| v. | )<br>) |
| PRECISE PAYROLL, LLC and JOHN DOES 1-5, | )<br>)<br>) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, GOEBEL INSURANCE AGENCY, INC., and Defendant, PRECISE PAYROLL, LLC, through their undersigned attorneys, hereby dismisses this action with prejudice as to Defendant, PRECISE PAYROLL, LLC, individually, and without prejudice as to the members of the putative class, each side to bear its own costs.

| | |
|---|---|
| s/ Brian J. Wanca | s/ Alan R. Zibelman (with permission) |
| Brian J. Wanca | Alan R. Zibelman |
| | |
| Brian J. Wanca (*pro hac vice admitted*) | Alan R. Zibelman |
| **ANDERSON + WANCA** | **Zibelman Legal Associates, P.C**. |
| 3701 Algonquin Rd., Suite 500 | 1500 JFK Blvd., Suite 1700 |
| Rolling Meadows, IL 60008 | Philadelphia, PA  19102 |
| (847) 368-1500 (Telephone) | Telephone:  215-569-0600 |
| (847) 368-1501 (Facsimile) | Facsimile:  215-569-1175 |
| bwanca@andersonwanca.com | Email:  ziblaw@aol.com |
| | |
| | *Attorneys for Defendant* |

And:
Ann Caldwell
**CALDWELL LAW OFFICE LLC**
108 W. Willow Grove Avenue, Suite 300
Philadelphia, PA  19118
Telephone:  215-248-2030
Facsimile:  215-248-2031
Email:  acaldwell@cdlassactlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  s/ Brian J. Wanca